MORGAN, LEWIS & BOCKIUS LLP
Melissa Y. Boey (CA Bar No. 292276)
1400 Page Mill Road
Palo Alto, CA 94304
melissa.boey@morganlewis.com
Tel:   (650) 843-4000
Fax:  (650) 843-4001
- and -
Christopher L. Carter (*pro hac vice*)
One Federal Street
Boston, MA 02110
christopher.carter@morganlewis.com
Tel:   (617) 341-7700
Fax:  (617) 341-7701

*Attorneys for Newlight Capital, LLC*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **In re:** <br><br> **STORCENTRIC, INC.,** et al., <br><br> Debtors.[1] | Case No. 22-50515 (MEH) <br><br> Chapter 11 <br><br> (Jointly Administered) <br><br> **STATEMENT OF NEWLIGHT CAPITAL, LLC** <br><br> Date: September 29, 2022 <br> Time: 10:00 a.m. <br> Place: United States Bankruptcy Court <br>     280 South First Street <br>     Courtroom 11 <br>     San Jose, CA 95113-3099 and Zoom <br> Judge: Hon. M. Elaine Hammond |

Newlight Capital, LLC (the "Servicer" or "Newlight") hereby files this statement in connection with the *Motion of Debtors for Entry of an Order (I) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Approving Assumption and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:

StorCentric, Inc. (6210); Nexsan Technologies Incorporated (5244); Nexsan Corporation (9778); Connected Data, Inc. (5504); Drobo, Inc. (2545); Retrospect, Inc. (0638); VS Acquisition Company, LLC. The Debtors' business address is 1289 Anvilwood Avenue, Sunnyvale, CA 94089.

*Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Dkt. No. 193] (the "Sale Motion").

Certain of the Debtors are parties to those certain *Fixed Rate Senior Notes, Series 2020-3 (Collateralized Loan Insurance Program)* (the "Series 2020-3 Notes") in the aggregate principal amount of $25,000,000 under and pursuant to a Trust Indenture, dated as of February 1, 2020, between StorCentric, Inc. and UMB Bank, National Association, as trustee (the "Trustee"). The proceeds of the Series 2020-3 Notes were used by the Trustee, in the capacity as disbursing agent (the "Disbursing Agent"), to make a disbursement to StorCentric, Inc. under and pursuant to a Proceeds Disbursing and Security Agreement, dated as of February 19, 2020 (the "Proceeds Disbursing Agreement") by and among the Disbursing Agent, the Servicer, StorCentric, Inc. and certain other Debtors. Prior to the Petition Date, the Debtors granted to the Servicer, for the benefit of the Trustee, solely in its capacity as Disbursing Agent, first priority security interests in and continuing liens (the "Prepetition Notes Liens") on substantially all of the Debtors' assets to secure the "Obligations" (as defined in the Proceeds Disbursing Agreement), including the payments of principal and interest on the Series 2020-3 Notes.[2]

On August 19, 2022, the Debtors filed the Sale Motion.

On September 6, 2022, pursuant to the *Notice of Cancellation of Auction and Winning Bid* [Dkt. No. 229], the Debtors selected Enceladus Development Venture III, LLC ("Enceladus") as the "Winning Bidder" for the sale of the Debtors' assets.

On September 20, 2022, the Debtors indicated that Enceladus withdrew its bid and could not timely obtain the necessary financing to proceed with the consummation of the purchase of the Debtors' assets. *See* Dkt. No. 251. The Debtors subsequently obtained an order to reopen the auction of the Debtors' assets, subject to certain restrictions and reservations of rights. *See* Dkt. No. 258.

---

[2] Pursuant to the *Final Order (I) Authorizing the Debtors to Obtain Post-Petition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Priming Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [Dkt. No. 161] (the "DIP Order"), the "Obligations" and the Prepetition Notes Liens are valid, binding, enforceable, non-avoidable and properly perfected and are no longer subject to Challenge. *See* DIP Order ¶ D and § 14.

On September 28, 2022, the Debtors filed the *Notice of Cancellation of Auction and Designation of Stalking Horse Bidder as Buyer* [Dkt. No. 276] indicating, among other things, that the Debtors did not receive any Qualified Bids other than the credit bid submitted by the DIP Lender, Serene Investment Management, LLC. The Debtors subsequently filed a proposed sale order seeking authorization of the sale of the Debtors' assets to the DIP Lender, *see* Dkt. No. 279, which is to be heard at the hearing currently scheduled for September 29, 2022.

On September 28, 2022, the Debtors filed the *Amended and Restated Declaration of Adam Meislick in Support of Motion of Debtors for Entry of an Order (I) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Dkt. No. 280] (the "Amended Meislik Declaration").

While "Enceladus' bid is clearly more beneficial to the estate than [the DIP Lender's] credit bid," the Debtors have indicated that they will no longer have cash available to fund the Debtors' business come the week of October 2, 2022. *See* Amended Meislik Declaration ¶¶ 10, 12. More specifically, the Debtors have indicated that the Debtors need at least $333,000 per week to ensure a going concern. *Id*. The Debtors received multiple letters from Enceladus on September 28, 2022, indicating that Enceladus was agreeable to providing a deposit of $335,000 per week (for up to three weeks) to fund the Debtors' operations and permit Enceladus' financing to be finalized for the closing of the purchase of the Debtors' assets. *Id*. ¶ 11. However, the Debtors indicated that "[i]n the absence of money to continue operations and [the DIP Lender's] consent," the sale to the DIP Lender remains in the best interests of the Debtors' estates. *See id*. ¶ 15.

Newlight has committed to fund the deposit on behalf of Enceladus so long as the Debtors continue to pursue Enceladus' bid. Yesterday, Newlight, on behalf of Enceladus and in order to provide a sufficient timeframe for Enceladus' funding to be finalized, initiated a wire in the amount of $335,000 to the account designated by the Debtors for the deposit. *See* Declaration of Joseph A. Agiato, Jr. (the "Agiato Declaration," attached hereto as Exhibit A) ¶ 6. Furthermore, to support Enceladus' bid, Newlight has committed to fund an additional deposit of up to two more weeks in

two tranches, $335,000 due October 7 and $330,000 due October 14, to ensure that the Debtors have adequate funding if they continue to pursue the Enceladus bid. *See* Agiato Declaration ¶ 6.

With Newlight's transferred and committed deposit available to fund the Debtors' operations this week and over the next two weeks in order to pursue the Enceladus bid, the Debtors should now have sufficient cash available to allow Enceladus time to finalize its financing to close the purchase of the Debtors' assets in accordance with the Enceladus commitment letter (a copy of which is attached as Exhibit 1 to the Agiato Declaration). In light of the fact that as of the filing of this Statement, the Debtors (and the DIP Lender) have not agreed to continue the sale hearing and pursue the Enceladus bid, Newlight believes that it is important for this new development to be part of the record as soon as possible. Newlight is cognizant of the Debtors' (and other parties in interests') concerns regarding Enceladus' ability to close, but the newly funded and committed cash deposit available to the Debtors from Newlight provides an opportunity for the Debtors to continue to pursue and close a sale with a price that is well in excess of the credit bid from the DIP Lender.

Dated: September 29, 2022

By: */s/ Melissa Y. Boey*
Melissa Y. Boey
Christopher L. Carter (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP

Attorneys for Newlight Capital, LLC

- 4 -

Case: 22-50515   Doc# 283   Filed: 09/29/22   Entered: 09/29/22 07:53:46   Page 4 of 4
DB1/ 133021725.4