# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **In re:** | Case No. 22-50515 (MEH) |
| **STORCENTRIC, INC.,** et al., | Chapter 11 |
| Debtors.[3] | (Jointly Administered) |
| | **Declaration of Joseph A. Agiato, Jr.** |
| | Date: September 29, 2022<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>      280 South First Street<br>      Courtroom 11<br>      San Jose, CA 95113-3099 and Zoom<br>Judge: Hon. M. Elaine Hammond |

I, Joseph A. Agiato, Jr., pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a member of Newlight Capital, LLC ("Newlight"). I am also the founder, president and CEO of PIUS Limited, LLC ("PIUS"). Together, Newlight and PIUS offer proprietary insurance products that allow growing companies to secure alternative financing options by insuring the amount of the loan. In my role with Newlight and PIUS, I oversee the structuring and pricing of deals, due diligence functions and develop and maintain deal sourcing, patent, trademark and trade name valuations. Through Newlight, I have been involved with the Debtors for the last five years (in Newlight's capacity as the servicer under multiple transactions), and I am keenly aware of the Debtors' assets, structure and potential value.

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:

StorCentric, Inc. (6210); Nexsan Technologies Incorporated (5244); Nexsan Corporation (9778); Connected Data, Inc. (5504); Drobo, Inc. (2545); Retrospect, Inc. (0638); VS Acquisition Company, LLC. The Debtors' business address is 1289 Anvilwood Avenue, Sunnyvale, CA 94089.

2. Attached hereto as Exhibit 1 is a letter (the "Letter"), dated September 28, 2022 from Enceladus Development Venture III, LLC ("Enceladus") to Adam Meislik of Force Ten Partners, LLC, financial advisor to the Debtors.

3. Pursuant to the Letter, Enceladus remains committed to purchasing all of the assets of the Debtors for a total purchase price of $36,189,089, subject to certain financing contingencies noted in the Letter.

4. Over the last few days, I have worked with Enceladus to arrange a financing structure pursuant to which Enceladus would fund its purchase of the Debtors' assets. The structure involves a securitized insurance policy which would be used as collateral for a loan from institutional investors (the "Loan"). As of the date of this declaration, I have received a verbal commitment from an insurer that will issue the insurance policy, and I have been informed that there is significant interest in funding the Loan, subject to Enceladus posting a letter of credit (the "Letter of Credit"). I have done several hundred million dollars-worth of these types of financing structures, including two involving the Debtors, and have successfully completed each transaction in a timely manner.

5. Based on my experience with this financing structure and my discussions with Enceladus, as well as with insurers and institutional investors, I believe that, subject to the posting of the Letter of Credit by Enceladus, the Sale will be in position to close within the next two to three weeks.

6. As an additional indication of the belief that the Sale with Enceladus will be in position to close in the next two to three weeks, and as contemplated in the Letter, Newlight initiated a wire yesterday in the amount of $335,000 as a deposit to the Debtors. Furthermore, so long as the Debtors continue to pursue the Enceladus bid, Newlight is committed to funding an additional $665,000 over the course of the next two weeks (in the form of two tranches, $335,000 due October 7, and $330,000 due October 14) as a deposit to ensure that the Debtors have adequate funding while Enceladus finalizes its financing in support of its bid.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 29th day of September 2022 at Raleigh, North Carolina.

*/s/ Joseph A. Agiato, Jr.*
Joseph A. Agiato, Jr.
Newlight Capital, LLC

# EXHIBIT 1

Case: 22-50515    Doc# 283-1    Filed: 09/29/22    Entered: 09/29/22 07:53:46    Page 5 of 6



**Commitment to Purchase Assets**

Date: September 28, 2022

To: Adam Meislek, Financial Advisor for Debtor
From: Don Walter
 Larry Haddock
 Ben Butler

CC: Joe Agiato, Loan Servicer

As you know, our six-week-long effort to secure a loan from a bank to fund our acquisition of StorCentric and its assets was regrettably unsuccessful. Over the last few days, to save the transaction, a small army of professionals, led by Joe Agiato, has worked to create an alternative structure involving an insurance policy (that has already been issued), which, once securitized, would be used as collateral for a loan from an institutional investor (the "Loan") which would, in turn, allow us to purchase StorCentric.

To advance the process towards closure, Newlight Capital LLC, on our behalf, will wire $1 million to the account you provided yesterday to continue funding the company for the next three weeks in time to complete the securitization and loan process (the "Deposit"). The Deposit would be sent in three (3) tranches of $335,000 each week beginning today. We understand that money that is not spent for these purposes would be returned or rolled into our downstream capitalization into the company.

As such, subject to the Loan noted above, our group remains committed to purchasing all the assets of StorCentric including those in the United Kingdom (the "Assets") for a total purchase price of Thirty-Six Million One Hundred Eighty-Nine Thousand Eighty-Nine United States Dollars ($36,189,089) (the "Purchase Price").

Please confirm receipt of this message and further interest in pursuing this matter.

For the Company:

*[signature]*

Don Walter, Director

Enceladus Development Corporation
1629 K Street, N.W., Suite 300
Washington, D.C. 20006
Page **1** of **1**