John W. Mills, III (CA Bar No. 149861)
jmills@joneswalker.com
JONES WALKER LLP
3455 Peachtree Road, NE, Suite 1400
Atlanta, GA 30326
Telephone: (404) 870-7517
Facsimile: (404) 870-7557

Mark A. Mintz (admitted *pro hac vice*)
mmintz@joneswalker.com
Caroline V. McCaffrey (admitted *pro hac vice*)
JONES WALKER LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
Telephone: (504) 582-8368
Facsimile: (504) 589-8368

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>STORCENTRIC, INC., *et al.,*<br><br>Debtors.[1] | Case No. 22-50515 (MEH)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**RESERVATION OF RIGHTS OF THE DEBTORS TO THE AMENDED FIRST INTERIM FEE STATEMENT OF OXFORD RESTRUCTURING ADVISORS LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 8, 2022 THROUGH AUGUST 31, 2022**<br><br>[No Hearing Requested] |

The debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Cases"), hereby file this reservation of rights (the "Reservation of Rights") with

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: StorCentric, Inc. (6210); Nexsan Technologies Incorporated (5244); Nexsan Corporation (9778); Connected Data, Inc. (5504); Drobo, Inc. (2545); Retrospect, Inc. (0638); VS Acquisition Company, LLC. The Debtors' business address is 1289 Anvilwood Avenue, Sunnyvale, CA 94089.

respect to the *Amended First Interim Fee Statement of Oxford Restructuring Advisors LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period July 8, 2022 through August 31, 2022* [Dkt. No. 249] (the "Oxford Fee Statement").

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 138] (the "Interim Compensation Order"), parties may object to any monthly fee statement by 5:00 p.m. (prevailing Pacific Time) on the 14th day following the date the monthly fee statement is served. The Debtors do not currently object to the relief sought in the Oxford Fee Statement. The Debtors, however, reserve any and all rights to object to the allowance of such amount in response to a final fee application.

Dated: September 29, 2022        JONES WALKER LLP

By: /s/ John W. Mills
John W. Mills
Mark A. Mintz

*Attorneys for Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served this 29th day of September, 2022, on all counsel entitled to receive notice by this Court's CM/ECF system.

/s/ John W. Mills
JOHN W. MILLS