John W. Mills, III (CA Bar No. 149861)
jmills@joneswalker.com
JONES WALKER LLP
3455 Peachtree Road, NE, Suite 1400
Atlanta, GA 30326
Telephone: (404) 870-7517
Facsimile: (404) 870-7557

Mark A. Mintz (*pro hac vice*)
mmintz@joneswalker.com
Caroline V. McCaffrey
(admitted *pro hac vice*)
cmccaffrey@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
Telephone: (504) 582-8368
Facsimile: (504) 589-8368

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

STORCENTRIC, INC., *et al.*,

Debtors.[1]

Case No. 22-50515 (MEH)

Chapter 11

(Jointly Administered)

Assigned to the Hon. M. Elaine Hammond

**CERTIFICATE OF SERVICE**

Refer to Docket: 276.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: StorCentric, Inc. (6210); Nexsan Technologies Incorporated (5244); Nexsan Corporation (9778); Connected Data, Inc. (5504); Drobo, Inc. (2545); Retrospect, Inc. (0638); VS Acquisition Company, LLC. The Debtors' business address is 1289 Anvilwood Avenue, Sunnyvale, CA 94089.

CERTIFICATE OF SERVICE 1

I, Delicia A. Chung, declare:

I am a citizen of the United States and am employed in the County of Kings. I am over the age of 18 years and not a party to the within-entitled action. My business address is 6201 15th Avenue, Brooklyn, N.Y. 11219.

On the 28th day of September, 2022, I caused to be served the following document:

- **Notice of Cancellation of Auction and Designation of Stalking Horse Bidder as Buyer (Docket No. 276),**

on each party listed below in the following manner:

[X] **by e-mail transmission upon the parties as set forth on <u>Exhibit 1</u>, attached hereto,**

[X] **by U.S. First Class Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.**

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct, and that this declaration was executed on September 29, 2022, Brooklyn, New York.

                                         /s/ *Delicia A. Chung*
                                            Delicia A. Chung

# EXHIBIT 1

StorCentric, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 4                                                                                                     09/28/2022 01:16:37 PM

| | | | |
|---|---|---|---|
| 000028P001-1493S-048<br>ADYSIS CORP<br>PARUL SHAH<br>1287 ANVILWOOD AVE<br>SUNNYVALE CA 94089<br>PARUL.SHAH@LIVEREACHMEDIA.COM | 004986P001-1493A-048<br>ARCH INSURANCE COMPANY<br>1299 FARNAME ST<br>STE 500<br>OMAHA NE 68102<br>CLAIMS@ARCHINSURANCE.COM | 004986S001-1493A-048<br>ARCH INSURANCE COMPANY<br>AFCO Credit Corporation<br>4501 COLLEGE BOULEVARD<br>SUITE 320<br>LEAWOOD KS 66211<br>PROMPTSERVICE@AFCO.COM | 010252P001-1493A-048<br>ARMATURE SYSTEMS<br>OMAR ELZIQ NEXSAN<br>590 LAURELWOOD RD<br>SANTA CLARA CA 95054<br>OMAR@ARMATURESYSTEMS.COM |
| 000040P001-1493S-048<br>ARROW ELECTRONICS INC<br>MIKE FASSULA<br>PO BOX 856829<br>MINNEAPOLIS MN 55485-6829<br>MFASSULA@ARROW.COM | 000038P001-1493S-048<br>ATLAS TECHNOLOGY GROUP<br>MICHAEL J EDWARDS<br>2800 LEAVENWORTH ST<br>STE 250<br>SAN FRANCISCO CA 94133<br>MIKE@ATLASTECHGROUP.COM | 010250P001-1493A-048<br>AUFIERO INFORMATICA<br>OSVALDO AUFIERO DIRECTOR GENERAL<br>PAYSANDU 821 PISO 1 DEPTO B 1405<br>CIUDAD DE BUENOS AIRES<br>CIUDAD AUTÓNOMA DE BUENOS AIRE<br>BUENOS AIRES<br>OSVALDO@AUFIEROINFORMATICA.COM | 010321P001-1493A-048<br>AUSTIN CAPITAL<br>1601 ELM ST STE 4310<br>DALLAS TX 75201<br>SGEILING@AUSTINCAPITALLLC.COM |
| 000047P001-1493S-048<br>AXELLIO INC<br>BILL ALEXANDER<br>2375 TELESTAR DR<br>STE 150<br>COLORADO SPRINGS CO 80920<br>BILL.ALEXANDER@AXELLIO.COM | 000060P001-1493S-048<br>BPM LLP<br>EDWARD WEBB<br>10 ALMADEN BLVD<br>SUITE 1000<br>SAN JOSE CA 95113<br>EWEBB@BPMCPA.COM | 000070P001-1493S-048<br>BPM LLP<br>10 ALMADEN BLVD STE 1000<br>SAN JOSE CA 95113<br>EWEBB@BPMCPA.COM | 000072P001-1493S-048<br>BUCHALTER, A PROF CORPORATION<br>VALERIE BANTNER PEO,ESQ<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493<br>VBANTNERPEO@BUCHALTER.COM |
| 000075P001-1493S-048<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 007854P001-1493A-048<br>CARTAR<br>1120 EAST DAVIS DR<br>TERRE HAUTE IN 47802<br>ALAN@CARTAR.COM | 000033P001-1493S-048<br>CELESTICA INTERNATIONAL LLP<br>TOM ADAMS<br>213 HARRY WALKER PKWUY SOUTH<br>NEWMARKET ON L3Y 8T3<br>CANADA<br>THADAMS@CELESTICA.COM | 000043P001-1493S-048<br>CHOICE LOGISTICS<br>TRACY J DAWSON<br>656 SWEDESFORD RD<br>STE 220<br>WAYNE PA 19087<br>TDAWSON@CHOICELOGISTICS.COM |
| 005301P001-1493A-048<br>CMC PENSION PROFESSIONALS<br>KELLY BURNETT<br>647 W BROADWAY<br>GLENDALE CA 91204<br>KELLYB@CMCPENPRO.COM | 010304P001-1493A-048<br>CMC PENSION PROFESSIONALS<br>647 W. BROADWAY<br>GLENDALE CA 91204<br>AMYC@CMCPENPRO.COM | 000022P001-1493S-048<br>COMERICA BANK<br>NATALI AMIR<br>1717 MAIN ST<br>STE 3300<br>DALLAS TX 75201<br>NAMIR@COMERICA.COM | 000041P001-1493S-048<br>COMERICA COMMERCIAL CARD SRVC<br>JUAN CRUZMUNIZ<br>DEPT #166901<br>PO BOX 55000<br>DETROIT MI 48255-1669<br>JCRUZMUNIZ@COMERICA.COM |
| 000031P001-1493S-048<br>CONVERGE AN ARROW CO<br>PCG TRADING LLC DBA CONVERGE<br>MIKE FASSULA<br>4 TECHNOLOGIY DR<br>PEABODY MA 01960<br>MFASSULA@ARROW.COM | 000074P001-1493S-048<br>CROWELL & MORING LLP<br>1001 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON DC 20004<br>MALMY@CROWELL.COM | 000024P001-1493S-048<br>CROWELL AND MORRING LLP<br>RENEEÂ DELPHIN RODRIGUEZ<br>515 SOUTH FLOWER ST<br>40TH FLOOR<br>LOS ANGELES CA 90071<br>RDELPHIN-RODRIGUEZ@CROWELL.COM | 010322P001-1493A-048<br>DBD PARTNERS LLC<br>1090 CENTER DR<br>PARK CITY UT 84098<br>GREGORY@DBDPARTNERSLLC.COM |

StorCentric, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 4

09/28/2022 01:16:37 PM

| | | | |
|---|---|---|---|
| 000045P001-1493S-048<br>DECISIONONE CORP<br>MATTHEW CLARK<br>640 LEE RD 3RD FLOOR<br>WAYNE PA 19087<br>MATTHEW.CLARK@DECISIONONE.COM | 000027P001-1493S-048<br>EID LOAN<br>US SMALL BUSINESS LOAN ADMINISTRATION<br>409 3RD ST SW<br>WASHINGTON DC 20416<br>DISASTERCUSTOMERSERVICE@SBA.GOV | 000025P001-1493S-048<br>EXERTIS ENTERPRISE<br>MAUREEN WEST CREDIT CONTROL<br>CHRIS JONES SALES REP<br>INTEC 1 INTEC BUSINESS PARK WADE RD<br>BASINGSTOKE<br>HAMPSHIRE  RG24 8NE<br>UNITED KINGDOM<br>CHRISJ@HAMMERPLC.COM | 000025P001-1493S-048<br>EXERTIS ENTERPRISE<br>MAUREEN WEST CREDIT CONTROL<br>CHRIS JONES SALES REP<br>INTEC 1 INTEC BUSINESS PARK WADE RD<br>BASINGSTOKE<br>HAMPSHIRE  RG24 8NE<br>UNITED KINGDOM<br>MAUREEN.WEST@EXERTISENTERPRISE.COM |
| 010275P001-1493A-048<br>FIDELITY INVESTMENTS<br>PO BOX 770002<br>CINCINNATI OH 45277<br>MY401K@FIDELITY.COM | 000066P001-1493S-048<br>FINESTONE HAYES LLP<br>STEPHEN D FINESTONE;JENNIFER C HAYES;KIMBERLY S FI<br>456 MONTGOMERY ST.,20TH FLOOR<br>SAN FRANCISCO CA 94104<br>SFINESTONE@FHLAWLLP.COM | 000066P001-1493S-048<br>FINESTONE HAYES LLP<br>STEPHEN D FINESTONE;JENNIFER C HAYES;KIMBERLY S FI<br>456 MONTGOMERY ST.,20TH FLOOR<br>SAN FRANCISCO CA 94104<br>KFINEMAN@FHLAWLLP.COM | 000069P001-1493S-048<br>HEMAR ROUSSO & HEALD LLP<br>MELODY G ANDERSON<br>15910 VENTURA BLVD .,12TH FLOOR<br>ENCINO CA 91436<br>MANDERSON@HRHLAW.COM |
| 000039P001-1493S-048<br>HIGH-AVAILABIILTY.COM LIMITED<br>IAN BINGLE<br>#1 HAIG CT<br>HAIG ROAD<br>KNUTSFORD  WA168XZ<br>UNITED KINGDOM<br>ICAB@HIGH-AVAILABILITY.COM | 000049P001-1493S-048<br>IBERVILLE DEVELOPMENTS LTD<br>JIM COOPER<br>2080 RENE-LEVESQUE OUEST<br>MONTREAL QC H3H 1R6<br>CANADA<br>JCOOPER@IBERVILLEDEV.COM | 010256S001-1493A-048<br>IMATION CORP<br>IMATION CORP<br>M MORIN LEGAL DEPT<br>1 IMATION WAY<br>OAKDALE MN 55128<br>MMORIN@IMATION.COM | 000023P002-1493S-048<br>INCAP ELECTROMICS SLOVAKIA SRO<br>MARTIN LASTIK<br>VAVRECKA 311<br>NAMESTOVO  02901<br>SLOVAK REPUBLIC<br>AP.SK@INCAPCORP.COM |
| 000046P001-1493S-048<br>IRON SYSTEM INC<br>KAWALJIT NAGI<br>980 MISSION CT<br>FREMONT CA 94539<br>KAWAL@IRONSYSTEMS.COM | 000021P001-1493S-048<br>JABIL INC DBA STACK VELOCITY<br>SQUIRE PATTON BOGGS US LLP<br>VICTOR GENECIN<br>1211 AVENUE OF THE AMERICAS<br>26TH FLOOR<br>NEW YORK NY 10036<br>VICTOR.GENECIN@SQUIREPB.COM | 001544P002-1493A-048<br>JAIN FAMILY TRUST<br>ADISYS CORP<br>ASHOK JAIN<br>1287 ANVILWOOD AVE<br>SUNNYVALE CA 94089<br>ASHOK@JAIN55.COM | 000020P001-1493S-048<br>LIBERTAS FUNDING<br>RANDY SALUCK<br>411 WEST PUTNAM ST<br>STE 220<br>GREENWICH CT 06830<br>RANDY.SALUCK@LIBERTASFUNDING.COM |
| 000051P001-1493S-048<br>LOEB & LOEB LLP<br>VADIM RUBINSTEIN<br>345 PARK AVE<br>NEW YORK NY 10154<br>VRUBINSTEIN@LOEB.COM | 000063P001-1493S-048<br>LOEB & LOEB LLP<br>LANCE N. JURICH<br>10100 SANTA MONICA BLVD<br>LOS ANGELES CA 90067<br>LJURICH@LOEB.COM | 000037P001-1493S-048<br>M AND H LLP<br>BRIANNA RICHARDSON<br>525 MIDDLEFIELD RD<br>STE 250<br>MENLO PARK CA 94025<br>BRICHARDSON@MH-LLP.COM | 000056P001-1493S-048<br>M&H LLP<br>KERRY T SMITH<br>525 MIDDLEFIELD ROAD<br>SUITE 250<br>MENLO PARK CA 94025<br>KSMITH@MH-LLP.COM |
| 000036P001-1493S-048<br>MIZE INC<br>ASHOK KARTHAM<br>12802 TAMPA OAKS BLVD<br>STE 320<br>TEMPLE TERRACE FL 33637<br>ACCOUNTING@M-IZE.COM | 001542P002-1493A-048<br>MIZE INC<br>ASHOK KARTHAM<br>12802 TAMPA OAKS BLVD<br>STE 320<br>TEMPLE TERRACE FL 33637<br>ACCOUNTING@M-IZE.COM | 010263P001-1493A-048<br>MIZE INC<br>ASHOK KARTHAM CEO<br>8610 HIDDEN RIVER PKWY<br>TAMPA FL 33637<br>STUARTRANSOM@M-IZE.COM | 000054P001-1493S-048<br>MORGAN LEWIS<br>MATTHEW FURLONG<br>ONE FEDERAL STREET<br>BOSTON MA 02110-1726<br>MATTHEW.FURLONG@MORGANLEWIS.COM |

StorCentric, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 4

09/28/2022 01:16:37 PM

| | | | |
|---|---|---|---|
| 000064P001-1493S-048<br>MORGAN LEWIS & BOCKIUS LLP<br>MELISSA Y BOEY<br>1400 PAGE MILL ROAD<br>PALO ALTO CA 94304<br>MELISSA.BOEY@MORGANLEWIS.COM | 000065P001-1493S-048<br>MORGAN LEWIS & BOCKIUS LLP<br>CHRISTOPHER L CARTER<br>ONE FEDERAL STREET<br>BOSTON MA 02110<br>CHRISTOPHER.CARTER@MORGANLEWIS.COM | 001475P001-1493A-048<br>NEWLIGHT CAPITAL LLC<br>1135 KILDAIRE FARM RD<br>CARY NC 27511<br>JAGIATO@PIUSRE.COM | 000048P001-1493S-048<br>OBERHUMER.COM GMBH<br>MARKUS OBERHUMER<br>OK-PLATZ 1A<br>LINZ  A-4020<br>AUSTRIA<br>MARKUS.OBERHUMER@OBERHUMER.COM |
| 010326P001-1493A-048<br>OUTFORCE-VEXATA<br>NO 89 GROUND FLOOR 7TH CROSS 16 A MAIN<br>4B BLOCK  KORAMANGALA BENGALARU<br>KAMATAKA  560034<br>INDIA<br>SUNIL@OUTFORCE.NET | 010272P001-1493A-048<br>PADILHA DESENVOLVIMENTO E TEC LTDA<br>AVENIDA DESEMBARGADOR VITOR LIMA 260<br>EDIFI CIO MADISON CENTER SALA 908 TRINDADE<br>FLORIANO?POLIS SC  88025-500<br>BRAZIL<br>CONTATO@IMPAC.TO | 001516P001-1493A-048<br>PARAGON SOFTWARE GROUP<br>100 SPECTRUM CENTER DR<br>STE 1460<br>IRVINE CA 92618<br>AR_USA@PARAGON-SOFTWARE.COM | 000061P001-1493S-048<br>PERKINS COIE LLP<br>PAUL S. JASPER<br>505 HOWARD STREET<br>SUITE 1000<br>SAN FRANCISCO CA 94105<br>PJASPER@PERKINSCOIE.COM |
| 000062P001-1493S-048<br>PERKINS COIE LLP<br>TINA N. MOSS<br>1155 AVENUE OF THE AMERICAS<br>22ND FLOOR<br>NEW YORK NY 10036<br>TMOSS@PERKINSCOIE.COM | 000030P001-1493S-048<br>RYAN ULC<br>GARRY ROUND<br>6775 FINANCIAL DR<br>STE 102<br>MISSISSAUGA ON L5N0A4<br>CANADA<br>AR-REQUESTSCANADA@RYANCO.COM | 010286P001-1493A-048<br>ROBERTO SABAN<br>AV PEDRO GOYENA 202 APT 1-A<br>CIUDAD AUTONOMA DE BUENOS AIRE  C.P. 1424<br>ARGENTINA<br>SABANR@GMAIL.COM | 000032P001-1493S-048<br>SALESFORCE.COM<br>ERIC SAWALL<br>PO BOX 203141<br>DALLAS TX 75320-3141<br>ESAWALL@SALESFORCE.COM |
| 001693P001-1493A-048<br>SERVICE BAIMEIQI INC<br>6-75 ELM<br>BEACONSFIELD QC H9W 6C6<br>CANADA<br>LILYHE6626@GMAIL.COM | 010287P001-1493A-048<br>SERVICE BAIMEIQI INC<br>6-7 ELM<br>BEACONSFIELD QC H9W 6C6<br>CANADA<br>LILYHE6626@GMAIL.COM | 000053P001-1493S-048<br>SKADDEN ARPS SLATE ET AL.<br>RON E MEISLER<br>155 NORTH WACKER DRIVE<br>CHICAGO IL 60606-1720<br>RMEISLER@SKADDEN.COM | 000067P001-1493S-048<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>JENNIFER MADDEN,ESQ<br>525 UNIVERSITY AVENUE<br>PALO ALTO CA 94301<br>JENNIFER.MADDEN@SKADDEN.COM |
| 000068P001-1493S-048<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>MOSHE S JACOB,ESQ<br>ONE MANHATTAN WEST<br>NEW YORK NY 10001-8602<br>MOSHE.JACOB@SKADDEN.COM | 000029P001-1493S-048<br>SOURCE SUPPORT SVC INC<br>JIN HUANG<br>3505 NEWPOINT PL<br>STE 450<br>LAWRENCEVILLE GA 30043<br>REMITTANCE@LSQ.COM | 000029P001-1493S-048<br>SOURCE SUPPORT SVC INC<br>JIN HUANG<br>3505 NEWPOINT PL<br>STE 450<br>LAWRENCEVILLE GA 30043<br>SSSAR@SOURCESUPPORT.COM | 001631P002-1493A-048<br>SOURCE SUPPORT SVC INC<br>JIN HUANG<br>3505 NEWPOINT PL<br>STE 450<br>LAWRENCEVILLE GA 30043<br>REMITTANCE@LSQ.COM |
| 001631P002-1493A-048<br>SOURCE SUPPORT SVC INC<br>JIN HUANG<br>3505 NEWPOINT PL<br>STE 450<br>LAWRENCEVILLE GA 30043<br>SSSAR@SOURCESUPPORT.COM | 001755P001-1493A-048<br>STORTREC AG<br>BUSINESSPARK UNTERMAIN<br>NORDRING 53-55<br>NIEDERNBERG  D-63843<br>GERMANY<br>SALES@STORTREC.DE | 010323P001-1493A-048<br>SUNSTEIN KANN MURPHY AND TIMBERS LLC<br>300, BOULEVARD MARCEL-LAURIN STE 203<br>MONTREAL QC H4M 2L4<br>CANADA<br>BSUNSTEIN@SUNSTEINLAW.COM | 001519P001-1493A-048<br>SUNSTEIN KANN MURPHY AND TIMBERS LLP<br>100 HIGH ST 20TH FLOOR<br>BOSTON MA 02110-2321<br>SABREU@SUNSTEINLAW.COM |

StorCentric, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 4 of 4

09/28/2022 01:16:37 PM

| | | | |
|---|---|---|---|
| 000035P001-1493S-048<br>SUNSTEIN LLP<br>STEVE ABREU<br>100 HIGH ST<br>BOSTON MA 02110-2321<br>SABREU@SUNSTEINLAW.COM | 000077P001-1493S-048<br>SWEENEY MASON LLP<br>JOSEPH M SWEENEY;M JONATHAN ROBB JR<br>983 UNIVERSITY AVENUE STE 104C<br>LOS GATOS CA 95032-7637<br>JSWEENEY@SMWB.COM | 000077P001-1493S-048<br>SWEENEY MASON LLP<br>JOSEPH M SWEENEY;M JONATHAN ROBB JR<br>983 UNIVERSITY AVENUE STE 104C<br>LOS GATOS CA 95032-7637<br>JROBB@SMWB.COM | 000034P001-1493S-048<br>THINKPALM TECHNOLOGIES PVT LTD<br>BIJU NAIR<br>B1 1ST FLOOR ATHULYA BUILDING<br>INFOPARK SEZ INFOPARK KOCHI PO KOCHI<br>KERALA  682 042<br>INDIA<br>BIJU.N@THINKPALM.COM |
| 000042P001-1493S-048<br>TOUCHDOUWN PR LTD<br>ATLAS CHAMBERS<br>EMILY GALLAGHER<br>33 WEST ST<br>BRIGHTON  BN1 2RE<br>UNITED KINGDOM<br>EGALLAGHER@TOUCHDOWNPR.COM | 010274P001-1493A-048<br>TRINET HR III<br>1 PARK PL STE 600<br>DUBLIN CA 94568<br>DVORA.RHEIN@TRINET.COM | 000078P001-1493S-048<br>TRODELLA & LAPPING LLP<br>RICHARD A LAPPING<br>540 PACIFIC AVENUE<br>SAN FRANCISCO CA 94133<br>RICH@TRODELLALAPPING.COM | 001586P001-1493A-048<br>TRUSTMAPLE INC<br>2037 RAVENSDUN CRESCENT SE<br>AIRDRIE AB T4A3K2<br>CANADA<br>DAMANSAINI@GMAIL.COM |
| 000055P002-1493S-048<br>UMB BANK<br>MARK J. KALLA; GAVIN WILKINSON<br>120 S  6TH STREET<br>STE 1400<br>MINNEAPOLIS MN 55402-1807<br>MARK.KALLA@UMB.COM | 000055P002-1493S-048<br>UMB BANK<br>MARK J. KALLA; GAVIN WILKINSON<br>120 S  6TH STREET<br>STE 1400<br>MINNEAPOLIS MN 55402-1807<br>GAVIN.WILKINSON@UMB.COM | 000057P001-1493S-048<br>UNITED STATES DEPARMENT OF JUSTICE<br>MARTA E VILLACORTA;TREVOR R FEHR<br>OFFICE OF THE UNITED STATES TRUSTEE<br>280 SOUTH FIRST ST.,STE 268<br>SAN JOSE CA 95113<br>TREVOR.FEHR@USDOJ.GOV | 000058P002-1493S-048<br>UNITED STATES DEPARMENT OF JUSTICE<br>MARTA E VILLACORTA;TREVOR R FEHR<br>OFFICE OF THE UNITED STATES TRUSTEE<br>450 GOLDEN GATE AVE<br>RM 05-0153<br>SAN FRANCISCO CA 94102<br>TREVOR.FEHR@USDOJ.GOV |
| 010319P001-1493A-048<br>LUIS VERA<br>AV ANGEL GALLARDO 551<br>BUENOS AIRES  1405<br>ARGENTINA<br>LVERA@MONTEVIDEO.COM.UY | 010281P001-1493A-048<br>WEISS TECHNIK UK LIMITED<br>UNIT 37-38 THE TECHNOLOGY CTR<br>LOUGHBOROUGH  LE11 3GE<br>UNITED KINGDOM<br>INFO.GB@WEISS-TECHNIK.COM | 001688P001-1493A-048<br>ZIFT SOLUTIONS INC<br>6501 WESTON PKWY<br>STE 200<br>CARY NC 27513<br>ACCOUNTING@ZIFTSOLUTIONS.COM | 010331P001-1493A-048<br>ZOOM INFO<br>805 BROADWAY STE 900<br>VANCOUVER WA 98660<br>HELPMENOW@DISCOVERORG.COM |

Records Printed :    88

# EXHIBIT 2

| | | | |
|---|---|---|---|
| 010282P001-1493A-048<br>172605 IBERVILLE DEVELOPMENTS LTD<br>2080 RENEE-LEVESQUE QUEST<br>MONTREAL QC H3H 1R6<br>CANADA | 001555P001-1493A-048<br>9130-0194 QUEBEC INC<br>14403 MAYO ST<br>PIERREFONDS QC H9H 1L8<br>CANADA | 000028P001-1493S-048<br>ADYSIS CORP<br>PARUL SHAH<br>1287 ANVILWOOD AVE<br>SUNNYVALE CA 94089 | 010251P001-1493A-048<br>AHSAY SYSTEMS CORP LIMITED<br>28/F, FORD GLORY PLAZA  NO 37<br>WING HONG ST LAI CHI KOK<br>KOWLOON<br>HONG KONG |
| 010243P001-1493A-048<br>AON RISK SVC<br>200 EAST RANDOLPH<br>14TH FLOOR<br>CHICAGO IL 60601 | 010243S001-1493A-048<br>AON RISK SVC<br>TRINET ADELE LEONARD<br>VP OF PAYROLL SVC AND CORE DELIVERY<br>ONE PARK PL<br>STE 600<br>DUBLIN CA 94568 | 004987P001-1493A-048<br>AON RISK SVCS<br>3440 LENOX ROAD NORTHEAST<br>STE 1700<br>ATLANTA GA 30326 | 004986P001-1493A-048<br>ARCH INSURANCE COMPANY<br>1299 FARNAME ST<br>STE 500<br>OMAHA NE 68102 |
| 004986S001-1493A-048<br>ARCH INSURANCE COMPANY<br>AFCO Credit Corporation<br>4501 COLLEGE BOULEVARD<br>SUITE 320<br>LEAWOOD KS 66211 | 004986S002-1493A-048<br>ARCH INSURANCE COMPANY<br>MARSH RISH AND INSURANCE SVCS<br>4 EMBARCADERO<br>STE 1100<br>SAN FRANCISCO CA 94111 | 001482P001-1493A-048<br>ARCHANA SIVAPALAN<br>LAKESHORE GREENS<br>CASA CIELO A-1805<br>KHONI VILLAGE  421204<br>INDIA | 010317P001-1493A-048<br>ARCHANA SIVAPALAN<br>LAKESHORE GREENS CASA CIELO  A-1805<br>PIPELINE RD<br>KHONI VILLIAGE  421204<br>INDIA |
| 010249P001-1493A-048<br>ARENA A PTC BUSINESS<br>121 SEAPORT BLVD<br>13TH FLOOR<br>BOSTON MA 02210 | 010252P001-1493A-048<br>ARMATURE SYSTEMS<br>OMAR ELZIQ NEXSAN<br>590 LAURELWOOD RD<br>SANTA CLARA CA 95054 | 000040P001-1493S-048<br>ARROW ELECTRONICS INC<br>MIKE FASSULA<br>PO BOX 856829<br>MINNEAPOLIS MN 55485-6829 | 010255P001-1493A-048<br>ARTECH<br>RANJINI PODDAR CEO<br>360 MT KEMBLE AVE<br>STE 2000<br>MORRISTOWN NJ 07960 |
| 004990P002-1493A-048<br>AT-BAY/HSB SPECIALTY INSURANCE CO<br>LEGAL DEPT<br>1 POST STREET 14TH FLOOR<br>SAN FRANCISCO CA 94104 | 004990S001-1493A-048<br>AT-BAY/HSB SPECIALTY INSURANCE CO<br>IPFS<br>49 STEVENSON STREET<br>SUITE 1275<br>SAN FRANCISCO CA 94105 | 004990S002-1493A-048<br>AT-BAY/HSB SPECIALTY INSURANCE CO<br>NEWFRONT ABD INSURANCE AND FINANCIAL SVCS<br>777 MARINERS ISLAND<br>STE 250<br>SAN MATEO CA 94404 | 000038P001-1493S-048<br>ATLAS TECHNOLOGY GROUP<br>MICHAEL J EDWARDS<br>2800 LEAVENWORTH ST<br>STE 250<br>SAN FRANCISCO CA 94133 |
| 010250P001-1493A-048<br>AUFIERO INFORMATICA<br>OSVALDO AUFIERO DIRECTOR GENERAL<br>PAYSANDU 821 PISO 1 DEPTO B 1405<br>CIUDAD DE BUENOS AIRES<br>CIUDAD AUTÓNOMA DE BUENOS AIRE<br>BUENOS AIRES | 010321P001-1493A-048<br>AUSTIN CAPITAL<br>1601 ELM ST STE 4310<br>DALLAS TX 75201 | 001773P001-1493A-048<br>AVALARA INC<br>DEPT CH 16781<br>PALATINE IL 60055 | 010307P001-1493A-048<br>AVALARA INC<br>255 S KING ST STE 1800<br>SEATTLE WA 98104 |
| 010334P002-1493A-048<br>AVIVA LIFE AND PENSION UK LTD<br>AVIVA WELLINGTON ROW<br>YORK  YO90 1WR<br>UNITED KINGDOM | 010290P001-1493A-048<br>AXELIO INC<br>2375 TELSTAR DRIVE<br>STE 150<br>COLORADO SPRING CO 80920 | 000047P001-1493S-048<br>AXELLIO INC<br>BILL ALEXANDER<br>2375 TELSTAR DR<br>STE 150<br>COLORADO SPRINGS CO 80920 | 004988S001-1493A-048<br>BERKLEY NATIONAL INSURANCE CO<br>NEWFRONT ABD INSURANCE AND FINANCIAL SVCS<br>777 MARINERS ISLAND<br>STE 250<br>SAN MATEO CA 94404 |

| | | | |
|---|---|---|---|
| 004988P002-1493A-048<br>BERKLEY NATIONAL INSURANCE COMPANY<br>LEGAL DEPT<br>11201 DOUGLAS AVE<br>URBANDALE IA 50322 | 001593P001-1493A-048<br>BERKLEY TECHNOLOGY UNDERWRITERS<br>222 SOUTH 9TH ST<br>STE 2550<br>MINNEAPOLIS MN 55402 | 001593S001-1493A-048<br>BERKLEY TECHNOLOGY UNDERWRITERS<br>BERKLEY NATIONAL INSURANCE CO<br>LEGAL DEPT<br>11201 DOUGLAS AVE<br>URBANDALE IA 50322 | 001593S002-1493A-048<br>BERKLEY TECHNOLOGY UNDERWRITERS<br>NEWFRONT ABD INSURANCE AND FINANCIAL SVCS<br>777 MARINERS ISLAND<br>STE 250<br>SAN MATEO CA 94111 |
| 010014P001-1493A-048<br>BERKLEY TECHNOLOGY UNDERWRITERS<br>PO BOX 639811<br>CINCINNATI OH 45263-9811 | 010168P001-1493A-048<br>BILL LEUNG<br>200 BLACK MOUNTAIN CIR<br>FREMONT CA 94536 | 000060P001-1493S-048<br>BPM LLP<br>EDWARD WEBB<br>10 ALMADEN BLVD<br>SUITE 1000<br>SAN JOSE CA 95113 | 000070P001-1493S-048<br>BPM LLP<br>10 ALMADEN BLVD STE 1000<br>SAN JOSE CA 95113 |
| 010106P001-1493A-048<br>BRENDA CATAFORD<br>135 BEETHOVEN ST<br>CHATEAUGUAY<br>QUEBEC J6K 2Y2<br>CANADA | 000072P001-1493S-048<br>BUCHALTER, A PROF CORPORATION<br>VALERIE BANTNER PEO,ESQ<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493 | 000075P001-1493S-048<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493 | 001754P001-1493A-048<br>BUPA<br>BUPA PLACE<br>102 THE QUAYS<br>SALFORD M50 3SP<br>UNITED KINGDOM |
| 009990P001-1493A-048<br>BUPA<br>ANCHORAGE QUAY<br>SALFORD QUAYS<br>MANCHESTER M5 2XL<br>UNITED KINGDOM | 000003P001-1493S-048<br>CALIFORNIA DEPT OF TAX AND FEE ADMIN<br>ACCOUNT INFORMATION GROUP MIC 29<br>PO BOX 942879<br>SACRAMENTO CA 94279-0029 | 000004P001-1493S-048<br>CALIFORNIA FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 001628P001-1493A-048<br>CARTA INC<br>333 BUSH ST<br>STE 2300<br>SAN FRANCISCO CA 94104 |
| 007854P001-1493A-048<br>CARTAR<br>1120 EAST DAVIS DR<br>TERRE HAUTE IN 47802 | 000033P001-1493S-048<br>CELESTICA INTERNATIONAL LLP<br>TOM ADAMS<br>213 HARRY WALKER PKWUY SOUTH<br>NEWMARKET ON L3Y 8T3<br>CANADA | 001575P001-1493A-048<br>CELIGO INC<br>1820 GATEWAY DR<br>STE 260<br>SAN MATEO CA 94404 | 010254P001-1493A-048<br>CHILKAT<br>1719 E FOREST AVE<br>WHEATON IL 60187 |
| 000043P001-1493S-048<br>CHOICE LOGISTICS<br>TRACY J DAWSON<br>656 SWEDESFORD RD<br>STE 220<br>WAYNE PA 19087 | 010273P001-1493A-048<br>CLOUDSTAFF PTY LTD<br>LEVEL 11 MARGARET ST<br>SYDNEY<br>NSW 2000<br>AUSTRALIA | 005301P001-1493A-048<br>CMC PENSION PROFESSIONALS<br>KELLY BURNETT<br>647 W BROADWAY<br>GLENDALE CA 91204 | 010304P001-1493A-048<br>CMC PENSION PROFESSIONALS<br>647 W. BROADWAY<br>GLENDALE CA 91204 |
| 000022P001-1493S-048<br>COMERICA BANK<br>NATALI AMIR<br>1717 MAIN ST<br>STE 3300<br>DALLAS TX 75201 | 000041P001-1493S-048<br>COMERICA COMMERCIAL CARD SRVC<br>JUAN CRUZMUNIZ<br>DEPT #166901<br>PO BOX 55000<br>DETROIT MI 48255-1669 | 000005P001-1493S-048<br>COMMODITY FUTURES TRADING COMMISSION<br>THREE LAFAYETTE CTR<br>1155 21ST ST NW<br>WASHINGTON DC 20581 | 010257P001-1493A-048<br>COMPUTERGATE AUSTRALIA PTY LTD<br>10/20 DUEROIN ST<br>CLAYTON VIC 3168<br>AUSTRALIA |

| | | | |
|---|---|---|---|
| 000031P001-1493S-048<br>CONVERGE AN ARROW CO<br>PCG TRADING LLC DBA CONVERGE<br>MIKE FASSULA<br>4 TECHNOLOGIY DR<br>PEABODY MA 01960 | 000074P001-1493S-048<br>CROWELL & MORING LLP<br>1001 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON DC 20004 | 000024P001-1493S-048<br>CROWELL AND MORRING LLP<br>RENEEÂ DELPHIN RODRIGUEZ<br>515 SOUTH FLOWER ST<br>40TH FLOOR<br>LOS ANGELES CA 90071 | 001758P001-1493A-048<br>DAVID BOOLER SIPP TRUSTEES LTD J S FOXCROFT<br>76 WOODHOUSE RD<br>KILBURN<br>DERBY DE56 0NA<br>UNITED KINGDOM |
| 010309P001-1493A-048<br>DAVID BOOLER SIPP TRUSTEES LTD MA FOXCROFT<br>76 WOODHOUSE RD<br>KILBURN BELPER<br>DERBYSHIRE DE56 0NA<br>UNITED KINGDOM | 010023P001-1493A-048<br>DBD PARTNERS LLC<br>PO BOX 731<br>CHAPPAQUA NY 10514 | 010322P001-1493A-048<br>DBD PARTNERS LLC<br>1090 CENTER DR<br>PARK CITY UT 84098 | 010258P002-1493A-048<br>DECISION ONE<br>640 LEE RD 3RD FL<br>WAYNE PA 19087 |
| 000045P001-1493S-048<br>DECISIONONE CORP<br>MATTHEW CLARK<br>640 LEE RD 3RD FLOOR<br>WAYNE PA 19087 | 000006P001-1493S-048<br>DEPT OF HOUSING AND URBAN DEVELOPMENT<br>OFFICE OF REGIONAL COUNSEL<br>ONE SANSOME ST<br>STE 1200<br>SAN FRANCISCO CA 94104 | 001560P001-1493A-048<br>ED SEGURA<br>1520 PORTMARNOCK DR<br>ALPHARETTA GA 30005 | 000027P001-1493S-048<br>EID LOAN<br>US SMALL BUSINESS LOAN ADMINISTRATION<br>409 3RD ST SW<br>WASHINGTON DC 20416 |
| 000007P001-1493S-048<br>EMPLOYMENT DEVELOPMENT DEPT<br>BANKRUPTCY UNIT MIC 92E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 | 010259P001-1493A-048<br>EQUINIX<br>1735 LUNDY<br>SAN JOSE CA 95131-1814 | 010259S001-1493A-048<br>EQUINIX<br>EQUINIX CANADA LTD<br>PO BOX 12162 STATION A<br>TORONTO ON M5W 0K5<br>CANADA | 000025P001-1493S-048<br>EXERTIS ENTERPRISE<br>MAUREEN WEST CREDIT CONTROL<br>CHRIS JONES SALES REP<br>INTEC 1 INTEC BUSINESS PARK WADE RD<br>BASINGSTOKE<br>HAMPSHIRE RG24 8NE<br>UNITED KINGDOM |
| 010306P001-1493A-048<br>EXTRA SPACE MANAGEMENT INC<br>2795 COTTONWOOD PKWY STE 400<br>SALT LAKE CITY UT 84121 | 010179P001-1493A-048<br>EXTRA SPACE STORAGE<br>2795 EAST COTTONWOOD PKWY<br>#300<br>SALT LAKE CITY UT 84121 | 004989P002-1493A-048<br>FALVEY CARGO/LLOYDS OF LONDON<br>66 WHITECAP DR<br>NORTH KINSTOWN RI 02852 | 004989S001-1493A-048<br>FALVEY CARGO/LLOYDS OF LONDON<br>IPFS<br>49 STEVENSON STREET<br>SUITE 1275<br>SAN FRANCISCO CA 94105 |
| 004989S002-1493A-048<br>FALVEY CARGO/LLOYDS OF LONDON<br>NEWFRONT ABD INSURANCE AND FINANCIAL SVCS<br>777 MARINERS ISLAND<br>STE 250<br>SAN MATEO CA 94404 | 000044P001-1493S-048<br>FEDEX<br>PO BOX 7221<br>PASADENA CA 91109-7321 | 001815P001-1493A-048<br>FIDELITY INVESTMENTS<br>PO BOX 73307<br>CHICAGO IL 60673-7307 | 005304P001-1493A-048<br>FIDELITY INVESTMENTS<br>FIDELITY INVENSTMENT CLIENT SERVICE OPERATION<br>PO BOX 770003<br>CINCINNATI OH 45277-0065 |
| 005304S001-1493A-048<br>FIDELITY INVESTMENTS<br>FIDELITY INVENSTMENT CLIENT SERVICE OPERATION (KC1F-L); MANGING DIRECTORS GROUP<br>100 CROSBY PARKWAY<br>COVINGTON KY 41015 | 010275P001-1493A-048<br>FIDELITY INVESTMENTS<br>PO BOX 770002<br>CINCINNATI OH 45277 | 000066P001-1493S-048<br>FINESTONE HAYES LLP<br>STEPHEN D FINESTONE;JENNIFER C HAYES;KIMBERLY S FI<br>456 MONTGOMERY ST.,20TH FLOOR<br>SAN FRANCISCO CA 94104 | 001619P001-1493A-048<br>FIVE9 INC<br>3001 BISHOP DR STE 350<br>SAN RAMON CA 94583 |

| | | | |
|---|---|---|---|
| 010026P001-1493A-048<br>FIVE9 INC<br>4000 EXECUTIVE PKWY STE #400<br>SAN RAMON CA 94583 | 001722P001-1493A-048<br>FOCUS ON THE FAMILY<br>8605 EXPLORER DRI<br>COLORADO SPRINGS CO 80920 | 010139P001-1493A-048<br>FOCUS ON THE FAMILY<br>8605 EXPLORER DR<br>COLORADO SPRINGS CO 80920 | 010332P002-1493A-048<br>FONDS DE SOLIARITE FTQ<br>SVC AUX EMPLOYUERS<br>CP 1000 SUCC CHABANEL<br>MONTREAL QC H2N 085<br>CANADA |
| 010253P001-1493A-048<br>HECC ALLIANCE BV<br>BREDERODEWEG 23 2083 HA<br>BOXTEL<br>THE NETHERLANDS | 000069P001-1493S-048<br>HEMAR ROUSSO & HEALD LLP<br>MELODY G ANDERSON<br>15910 VENTURA BLVD .,12TH FLOOR<br>ENCINO CA 91436 | 000039P001-1493S-048<br>HIGH-AVAILABIILTY.COM LIMITED<br>IAN BINGLE<br>#1 HAIG CT<br>HAIG ROAD<br>KNUTSFORD WA168XZ<br>UNITED KINGDOM | 010260P001-1493A-048<br>HIGH-AVAILABILITY.COM LTD<br>1 HAIG CT HAIG RD<br>KNUTSFORD<br>CHESHIRE WA16AXZ<br>UNITED KINGDOM |
| 000049P001-1493S-048<br>IBERVILLE DEVELOPMENTS LTD<br>JIM COOPER<br>2080 RENE-LEVESQUE OUEST<br>MONTREAL QC H3H 1R6<br>CANADA | 010256P002-1493A-048<br>IMATION CORP<br>DAVID BARTIZAL, GLOBAL TECHNICAL SUPPORT OPER<br>1 IMATION WAY<br>OAKDALE MN 55128 | 010256S001-1493A-048<br>IMATION CORP<br>IMATION CORP<br>M MORIN LEGAL DEPT<br>1 IMATION WAY<br>OAKDALE MN 55128 | 010256S002-1493A-048<br>IMATION CORP<br>G SPIES CFO<br>1 IMATION WAY<br>OAKDALE MN 55128 |
| 000023P002-1493S-048<br>INCAP ELECTROMICS SLOVAKIA SRO<br>MARTIN LASTIK<br>VAVRECKA 311<br>NAMESTOVO 02901<br>SLOVAK REPUBLIC | 010261P001-1493A-048<br>INTERCITY TECHNOLOGY<br>101-114 HOLLOWAY HEAD<br>BIRMINGHAM B1 1QP<br>UNITED KINGDOM | 000008P001-1493S-048<br>INTERNAL REVENUE SVC<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000016P001-1493A-048<br>INTERNAL REVENUE SVC<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20224 |
| 009981P001-1493A-048<br>INTERNAL REVENUE SVC CENTER<br>1160 W 1200 S ST<br>OGDEN UT 84201-0045 | 009981S001-1493A-048<br>INTERNAL REVENUE SVC CENTER<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 009981S002-1493A-048<br>INTERNAL REVENUE SVC CENTER<br>SECRETARY OF TREASURY<br>1500 PENNSYLVANIA AVE<br>WASHINGTON DC 20220 | 001890P001-1493A-048<br>INTERNAL REVENUE SVC CENTER<br>PO BOX 9941<br>STOP 6552<br>OGDEN UT 84409-0941 |
| 000046P001-1493S-048<br>IRON SYSTEM INC<br>KAWALJIT NAGI<br>980 MISSION CT<br>FREMONT CA 94539 | 000017P001-1493A-048<br>IRS (INTERNAL REVENUE SERVICE)<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | 000071P001-1493S-048<br>JABIL INC<br>10560 DR MARTIN LUTHER KING, JR., ST. N<br>ST PETERSBERG FL 33716 | 000021P001-1493S-048<br>JABIL INC DBA STACK VELOCITY<br>SQUIRE PATTON BOGGS US LLP<br>VICTOR GENECIN<br>1211 AVENUE OF THE AMERICAS<br>26TH FLOOR<br>NEW YORK NY 10036 |
| 001544P002-1493A-048<br>JAIN FAMILY TRUST<br>ADISYS CORP<br>ASHOK JAIN<br>1287 ANVILWOOD AVE<br>SUNNYVALE CA 94089 | 010269P001-1493A-048<br>JAIN FAMILY TRUST ADISYS CORP<br>1287 ANVILWWOD AVE<br>SUNNYVALE CA 94089 | 010302P001-1493A-048<br>JAMES MCCARTY<br>1524 AFRICAN VIOLET CT<br>TRINITY FL 34655 | 005302P003-1493A-048<br>JOHN HANCOCK LIFE INSURANCE COMPANY<br>MARIANNE GONZALES<br>RETIREMENT PLAN SERVICES<br>PO BOX 600<br>BUFFALO NY 14201-0600 |

| | | | |
|---|---|---|---|
| 005302S001-1493A-048<br>JOHN HANCOCK LIFE INSURANCE COMPANY<br>MARIANNE GONZALES<br>RETIREMENT PLAN SERVICES<br>200 BLOOR STREET EAST - ET G-D02<br>TORONTO ON M4W 1E5<br>CANADA | 000009P001-1493S-048<br>LABOR COMMISSIONER<br>STATE OF CALIFORNIA<br>1515 CLAY ST<br>RM 801<br>OAKLAND CA 94612 | 010239P001-1493A-048<br>LEAF CAPITAL FUNDING INC<br>AND OR ITS ASSIGNS<br>2005 MARKET ST<br>PHILADELPHIA PA 19103 | 010239S001-1493A-048<br>LEAF CAPITAL FUNDING INC<br>LEAF CAPITAL FUNDING INC<br>1720A CRETE ST<br>MOBERLY MO 65270 |
| 010329P001-1493A-048<br>LEGALINC<br>10601 CLARENCE DR STE 250<br>FRISCO TX 75033 | 001530P001-1493A-048<br>LEGALINC CORPORATE SVC INC<br>10601 CLARENCE DR #250<br>FRISCO TX 75033 | 010031P001-1493A-048<br>LEGALINC CORPORATE SVC INC<br>10601 CLARENCE DR #250<br>FRISCO TX 75034 | 001533P001-1493A-048<br>LESSONLY INC<br>1129 E 16TH ST<br>INDIANAPOLIS IN 46202 |
| 000010P001-1493S-048<br>LEWIS MALDONADO US EPA<br>REGION 9 BANKRUPTCY CONTACT<br>OFFICE OF REGIONAL COUNSEL ORC-3<br>75 HAWTHRONE ST<br>SAN FRANCISCO CA 94105 | 000020P001-1493S-048<br>LIBERTAS FUNDING<br>RANDY SALUCK<br>411 WEST PUTNAM ST<br>STE 220<br>GREENWICH CT 06830 | 000051P001-1493S-048<br>LOEB & LOEB LLP<br>VADIM RUBINSTEIN<br>345 PARK AVE<br>NEW YORK NY 10154 | 000063P001-1493S-048<br>LOEB & LOEB LLP<br>LANCE N. JURICH<br>10100 SANTA MONICA BLVD<br>LOS ANGELES CA 90067 |
| 001481P001-1493A-048<br>LUIS VERA<br>AV ÁNGEL GALLARDO 551<br>BUENOS AIRES 1405<br>ARGENTINA | 010319P001-1493A-048<br>LUIS VERA<br>AV ANGEL GALLARDO 551<br>BUENOS AIRES 1405<br>ARGENTINA | 000037P001-1493S-048<br>M AND H LLP<br>BRIANNA RICHARDSON<br>525 MIDDLEFIELD RD<br>STE 250<br>MENLO PARK CA 94025 | 000056P001-1493S-048<br>M&H LLP<br>KERRY T SMITH<br>525 MIDDLEFIELD ROAD<br>SUITE 250<br>MENLO PARK CA 94025 |
| 001838P001-1493A-048<br>MARKETO INC<br>PO BOX 122068<br>DEPT 2068<br>DALLAS TX 75312-2068 | 001801P001-1493A-048<br>MAXTED FARMS<br>MANOR FARM OFFICE<br>BERKSHIRE RG20 7LG<br>UNITED KINGDOM | 010310P001-1493A-048<br>MAXTED FARMS<br>MANOR FARM OFFICE<br>EAST ISLEY NEWBURY<br>BERKSHIRE RG20 7LG<br>UNITED KINGDOM | 010305P001-1493A-048<br>MERRILL LYNCH PIERCE FENNER AND SMITH INC<br>555 CALIFORMIA ST 9TH FLOOR<br>SAN FRANCISCO CA 94104 |
| 000956P001-1493A-048<br>METLIFE<br>700 QUAKER RD<br>WARWICK RI 02886 | 010335P002-1493A-048<br>METLIFE<br>PO BOX 1411<br>SUNDERLAND SR5 9RB<br>UNITED KINGDOM | 000036P001-1493S-048<br>MIZE INC<br>ASHOK KARTHAM<br>12802 TAMPA OAKS BLVD<br>STE 320<br>TEMPLE TERRACE FL 33637 | 010033P001-1493A-048<br>MIZE INC<br>12802 TAMPA OAKS BLVD STE 320<br>TEMPLE TERRACE<br>TAMPA FL 33637 |
| 010263P001-1493A-048<br>MIZE INC<br>ASHOK KARTHAM CEO<br>8610 HIDDEN RIVER PKWY<br>TAMPA FL 33637 | 000054P001-1493S-048<br>MORGAN LEWIS<br>MATTHEW FURLONG<br>ONE FEDERAL STREET<br>BOSTON MA 02110-1726 | 000064P001-1493S-048<br>MORGAN LEWIS & BOCKIUS LLP<br>MELISSA Y BOEY<br>1400 PAGE MILL ROAD<br>PALO ALTO CA 94304 | 000065P001-1493S-048<br>MORGAN LEWIS & BOCKIUS LLP<br>CHRISTOPHER L CARTER<br>ONE FEDERAL STREET<br>BOSTON MA 02110 |

| | | | |
|---|---|---|---|
| 001676P001-1493A-048<br>NAVEX GLOBAL INC<br>5500 MEADOWS RD STE 500<br>LAKE OSWEGO OR 97035 | 001652P001-1493A-048<br>NEC FIELDING LTD<br>4-28 MITA 1-CHOME<br>MINATO-KU<br>TOKYO 108-0073<br>JAPAN | 001475P001-1493A-048<br>NEWLIGHT CAPITAL LLC<br>1135 KILDAIRE FARM RD<br>CARY NC 27511 | 010235P001-1493A-048<br>NEWLIGHT CAPITAL LLC<br>AS SERVICER FOR UMB BANK NA<br>AS TRUSTEE SOLELY IN ITS CAPACITY<br>AS DISBURSING AGENT<br>525 MIDDLEFIELD RD<br>MENLO PARK CA 94045 |
| 010235S001-1493A-048<br>NEWLIGHT CAPITAL LLC<br>BUCKLEY KING<br>FRANK NAGORNEY<br>1400 FIFTH THIRD CENTER<br>600 SUPERIOR AVE E<br>CLEVELAND OH 44114 | 010235S002-1493A-048<br>NEWLIGHT CAPITAL LLC<br>M AND H LLP<br>KERRY SMITH<br>525 MIDDLEFIELD RD<br>STE 250<br>MENLO PARK CA 94045 | 010235S003-1493A-048<br>NEWLIGHT CAPITAL LLC<br>MORGAN LEWIS AND BOCKIUS LLP<br>CHRISTOPHER L CARTER<br>ONE FEDERAL ST<br>BOSTON MA 02110 | 010235S004-1493A-048<br>NEWLIGHT CAPITAL LLC<br>MORGAN LEWIS AND BOCKIUS LLP<br>MELISSA Y BOEY<br>1400 PAGE MILL RD<br>PALO ALTO CA 94304 |
| 010235S005-1493A-048<br>NEWLIGHT CAPITAL LLC<br>NEWLIGHT CAPITAL LLC<br>KERRY SMITH<br>525 MIDDLEFIELD RD<br>STE 250<br>MENLO PARK CA 94045 | 010235S006-1493A-048<br>NEWLIGHT CAPITAL LLC<br>PERKINS COIE LLP<br>PAUL S JASPER<br>505 HOWARD ST<br>STE 1000<br>SAN FRANCISCO CA 94105 | 010235S007-1493A-048<br>NEWLIGHT CAPITAL LLC<br>PERKINS COIE LLP<br>TINA N MOSS<br>1155 AVE OF THE AMERICAS<br>22ND FLOOR<br>NEW YORK NY 10036 | 010235S008-1493A-048<br>NEWLIGHT CAPITAL LLC<br>UMB BANK NATIONAL ASSOCIATION<br>AS TRUSTEE<br>CORPORATE TRUST DEPT<br>2 SOUTH BROADWAY STE 600<br>ST LOUIS MO 63102 |
| 010235S009-1493A-048<br>NEWLIGHT CAPITAL LLC<br>UMB BANK NATIONAL ASSOCIATION<br>MARK J KALLA  GAVIN WILKINSON<br>120 S 6TH ST<br>STE 1400<br>MINNEAPOLIS MN 55402-1807 | 000048P001-1493S-048<br>OBERHUMER.COM GMBH<br>MARKUS OBERHUMER<br>OK-PLATZ 1A<br>LINZ A-4020<br>AUSTRIA | 010264P001-1493A-048<br>ORACLE NETSUITE<br>2300 ORACLE WAY<br>AUSTIN TX 78741 | 010326P001-1493A-048<br>OUTFORCE-VEXATA<br>NO 89 GROUND FLOOR 7TH CROSS 16 A MAIN<br>4B BLOCK  KORAMANGALA BENGALARU<br>KAMATAKA 560034<br>INDIA |
| 010045P001-1493A-048<br>PADILHA DESENVOLVIMENTO E TEC LTDA<br>AVENIDA DESEMBARGADOR VITOR LIMA<br>260 EDIFI CIO MADISON CENTER<br>TRINADE 88025-500<br>BRAZIL | 010272P001-1493A-048<br>PADILHA DESENVOLVIMENTO E TEC LTDA<br>AVENIDA DESEMBARGADOR VITOR LIMA 260<br>EDIFI CIO MADISON CENTER SALA 908 TRINDADE<br>FLORIANO?POLIS SC 88025-500<br>BRAZIL | 001516P001-1493A-048<br>PARAGON SOFTWARE GROUP<br>100 SPECTRUM CENTER DR<br>STE 1460<br>IRVINE CA 92618 | 010265P001-1493A-048<br>PARAGON SOFTWARE GROUP CORP<br>15615 ALTON PKWY<br>STE 400<br>IRVINE CA 92618 |
| 005295P001-1493A-048<br>PAWAN KUMAR<br>KCIS INFO SOLUTIONS PVT LTD<br>AMARTEX PLAZA UNIT NO-08<br>SCO BUILT-IN BLOCK- III AND IV<br>THIRD FLOOR HUDA SPECIAL MARKET SECTOR-19<br>FARIDABAD 121002<br>INDIA | 010318P001-1493A-048<br>PAWAN KUMAR<br>MCF 124 ADARSH NAGAR<br>BALLABGARH FARIDABAD HARAYANA<br> 121004<br>INDIA | 000061P001-1493S-048<br>PERKINS COIE LLP<br>PAUL S. JASPER<br>505 HOWARD STREET<br>SUITE 1000<br>SAN FRANCISCO CA 94105 | 000062P001-1493S-048<br>PERKINS COIE LLP<br>TINA N. MOSS<br>1155 AVENUE OF THE AMERICAS<br>22ND FLOOR<br>NEW YORK NY 10036 |
| 010270P001-1493A-048<br>PHILIP DENIS JORDAN<br>HEIDESIEDLUNG 5<br>PARNDORF A-7111<br>AUSTRIA | 000011P001-1493S-048<br>PUBLIC HEALTH SVC<br>US DEPT OF HEALTH AND HUMAN SVC<br>RM 4A53 PARKLAWN BLDG<br>5600 FISHERS LN<br>ROCKVILLE MD 20857 | 001913P001-1493A-048<br>PUBLICA INC<br>THE FLEMING HOUSE 2F<br>2-6-10 MIYOSHI KOTOKU<br>TOKYO 135-0022<br>JAPAN | 010336P001-1493A-048<br>QUILTER PLC<br>85 QUEEN VICTORIA ST<br>LONDON EC4V 4AB<br>UNITED KINGDOM |

| | | | |
|---|---|---|---|
| 005298P001-1493A-048<br>REGUS MANAGEMENT GROUP LLC<br>NO NAME<br>25350 MAGIC MOUNTAIN PKWY<br>STE 300<br>VALENCIA CA 91355 | 010152P001-1493A-048<br>REGUS MANAGEMENT GROUP LLC<br>25350 MAGIC MOUNTAIN PKWY<br>VALENCIA CA 91355 | 010291P001-1493A-048<br>REGUS MANAGEMENT GROUP LLC<br>25350 MAGIC MOUNTAIN PKWY<br>STE300<br>VALENCIA CA 91355 | 010108P001-1493A-048<br>ROBERTO SABAN<br>AV PEDRO GOYENA 202 APT 1-A<br>CIUDAD AUTONOMA DE BUENOS AIRE<br>ARGENTINA |
| 010286P001-1493A-048<br>ROBERTO SABAN<br>AV PEDRO GOYENA 202 APT 1-A<br>CIUDAD AUTONOMA DE BUENOS AIRE C.P. 1424<br>ARGENTINA | 001901P001-1493A-048<br>RTM ASIA<br>ROOM 2007 20/F WESTIN CENTRE<br>26 HUNG TO RD KWUN TONG KOWLOON<br>KOWLOON, HONG KONG<br>HONG KONG | 009997P001-1493A-048<br>RTM ASIA<br>ROOM 2007 20/F WESTIN CENTRE ROOM 2007 20/F<br>WESUTING CENTRE 26 HUNG TO RD<br>KWUN TONG, KOWLOON<br>HONG KONG | 010300P002-1493A-048<br>RTM ASIA<br>ROOM2007 20F WESTIN CENTER<br>26 HUNG TO RD<br>KWUN TONG, KOWLOON<br>HONG KONG |
| 010276P001-1493A-048<br>RUBENSTEIN LAW<br>660 4TH ST #302<br>SAN FRANCISCO CA 94107 | 000030P001-1493S-048<br>RYAN ULC<br>GARRY ROUND<br>6775 FINANCIAL DR<br>STE 102<br>MISSISSAUGA ON L5N0A4<br>CANADA | 010248P001-1493A-048<br>SALESFORCE<br>415 MISSION ST 3RD FLOOR<br>SALESFORCE TOWER<br>SAN FRANCISCO CA 94105 | 000032P001-1493S-048<br>SALESFORCE.COM<br>ERIC SAWALL<br>PO BOX 203141<br>DALLAS TX 75320-3141 |
| 000012P001-1493S-048<br>SECRETARY OF STATE<br>STATE OF CALIFORNIA<br>1500 11TH ST<br>SACRAMENTO CA 95814 | 000013P001-1493S-048<br>SECRETARY OF TREASURY<br>1500 PENNSYLVANIA AVE<br>WASHINGTON DC 20220 | 010333P001-1493A-048<br>SECURCARE SELF STORAGE<br>610 CHAPEL HILLS DR.<br>COLORADO SPRINGS CO 80920 | 000050P001-1493S-048<br>SERENE INVESTMENT MANAGEMENT LLC<br>2625 ALCATRAZ AVE<br>SUITE 513<br>BERKELEY CA 94705 |
| 001693P001-1493A-048<br>SERVICE BAIMEIQI INC<br>6-75 ELM<br>BEACONSFIELD QC H9W 6C6<br>CANADA | 010287P001-1493A-048<br>SERVICE BAIMEIQI INC<br>6-7 ELM<br>BEACONSFIELD QC H9W 6C6<br>CANADA | 000053P001-1493S-048<br>SKADDEN ARPS SLATE ET AL.<br>RON E MEISLER<br>155 NORTH WACKER DRIVE<br>CHICAGO IL 60606-1720 | 000067P001-1493S-048<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>JENNIFER MADDEN,ESQ<br>525 UNIVERSITY AVENUE<br>PALO ALTO CA 94301 |
| 000068P001-1493S-048<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>MOSHE S JACOB,ESQ<br>ONE MANHATTAN WEST<br>NEW YORK NY 10001-8602 | 000014P001-1493S-048<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF GEN COUNSEL REGION IX<br>160 SPEAR ST<br>STE 800<br>SAN FRANCISCO CA 94105-1545 | 010093P001-1493A-048<br>SOLEIL POLLOCK<br>4089 ACRES ST<br>PIERREFONDS QC H9H 2T3<br>CANADA | 000029P001-1493S-048<br>SOURCE SUPPORT SVC INC<br>JIN HUANG<br>3505 NEWPOINT PL<br>STE 450<br>LAWRENCEVILLE GA 30043 |
| 010156P001-1493A-048<br>SOURCE SUPPORT SVC INC<br>3505 NEWPOINT PL<br>STE 450<br>LAWRENCEVILLE GA 30043 | 010156S001-1493A-048<br>SOURCE SUPPORT SVC INC<br>BUCHALTER A PROF CORP<br>VALERIE BANTNER PEO,ESQ<br>425 MARKET ST STE 2900<br>SAN FRANCISCO CA 94105-3493 | 010247P001-1493A-048<br>SOURCE SUPPORT SVC INC<br>MIKE STOLZ CEO<br>3305 NEWPOINT PL<br>STE 450<br>LAWRENCEVILLE GA 30043 | 010247S001-1493A-048<br>SOURCE SUPPORT SVC INC<br>SOURCE SUPPORT SVC INC<br>IVAN RUYLE DIRECTOR OF CUSTOMER SUCCESS<br>3305 NEWPOINT PL<br>STE 450<br>LAWRENCEVILLE GA 30043 |

| | | | |
|---|---|---|---|
| 001755P001-1493A-048<br>STORTREC AG<br>BUSINESSPARK UNTERMAIN<br>NORDRING 53-55<br>NIEDERNBERG D-63843<br>GERMANY | 010266P001-1493A-048<br>STORTREC AG<br>NORDRING 53-55<br>NIEDERNBERG 63843<br>GERMANY | 001574P001-1493A-048<br>SUITE TODAY<br>18 RUSKIN ST<br>TARINGA QLD 4064<br>AUSTRALIA | 001494P001-1493A-048<br>SUN LIFE ASSURANCE CO OF CANADA<br>GROUP FINANCE BILING AND COLLECTIONS<br>PO BOX 11010 STATION A<br>MONTREAL QC H3C 4T9<br>CANADA |
| 010327P002-1493A-048<br>SUN LIFE ASSURANCE CO OF CANADA<br>BILLING DEPT GROUP CLIENT SVC<br>PO BOX 11010 STATION CV<br>MONTREAL QC H3C 4T9<br>CANADA | 010046P001-1493A-048<br>SUNSTEIN KANN MURPHY AND TIMBERS LLP<br>125 SUMMER STREET<br>BOSTON MA 02110-1618 | 010323P001-1493A-048<br>SUNSTEIN KANN MURPHY AND TIMBERS LLC<br>300, BOULEVARD MARCEL-LAURIN STE 203<br>MONTREAL QC H4M 2L4<br>CANADA | 001519P001-1493A-048<br>SUNSTEIN KANN MURPHY AND TIMBERS LLP<br>100 HIGH ST 20TH FLOOR<br>BOSTON MA 02110-2321 |
| 010046S001-1493A-048<br>SUNSTEIN KANN MURPHY AND TIMBERS LLP<br>SUNSTEIN LLP<br>STEVE ABREU<br>100 HIGH ST<br>BOSTON MA 02110-2321 | 000035P001-1493S-048<br>SUNSTEIN LLP<br>STEVE ABREU<br>100 HIGH ST<br>BOSTON MA 02110-2321 | 000077P001-1493S-048<br>SWEENEY MASON LLP<br>JOSEPH M SWEENEY;M JONATHAN ROBB JR<br>983 UNIVERSITY AVENUE STE 104C<br>LOS GATOS CA 95032-7637 | 010262P001-1493A-048<br>TELEX<br>2820 NORTHWESTERN PKWY<br>SANTA CLARA CA 95051 |
| 010262S001-1493A-048<br>TELEX<br>DIGITAL REALITY<br>ONE STATE ST 21ST FLOOR<br>NEW YORK NY 20004 | 001756P001-1493A-048<br>TELUS<br>CP 11674<br>MONTREAL QC H3C 6E9<br>CANADA | 001756S001-1493A-048<br>TELUS<br>TELUS<br>TELUS QUEBEC<br>CP 11674<br>SUCCURSALE CENTRE-VILLE<br>MONTREAL QC H3C 6E9<br>CANADA | 001864P001-1493A-048<br>THE HARTFORD<br>PO BOX 660916<br>DALLAS TX 75266-0916 |
| 001864S001-1493A-048<br>THE HARTFORD<br>HUB INTERNATIONAL HKMB<br>265 EXMOUTH ST<br>SARNIA ON N7T 5M7<br>CANADA | 001521P001-1493A-048<br>THE SALES CENTRE CO<br>1007 NORTH ORANGE ST 421<br>WILMINGTON DE 19801 | 010191P001-1493A-048<br>THE SALES CENTRE CO<br>1007 NORTH ORANGE ST<br>STE 421<br>WILMINGTON DE 19801 | 000034P001-1493S-048<br>THINKPALM TECHNOLOGIES PVT LTD<br>BIJU NAIR<br>B1 1ST FLOOR ATHULYA BUILDING<br>INFOPARK SEZ INFOPARK KOCHI PO KOCHI<br>KERALA 682 042<br>INDIA |
| 000042P001-1493S-048<br>TOUCHDOUWN PR LTD<br>ATLAS CHAMBERS<br>EMILY GALLAGHER<br>33 WEST ST<br>BRIGHTON BN1 2RE<br>UNITED KINGDOM | 010274P001-1493A-048<br>TRINET HR III<br>1 PARK PL STE 600<br>DUBLIN CA 94568 | 000078P001-1493S-048<br>TRODELLA & LAPPING LLP<br>RICHARD A LAPPING<br>540 PACIFIC AVENUE<br>SAN FRANCISCO CA 94133 | 001586P001-1493A-048<br>TRUSTMAPLE INC<br>2037 RAVENSDUN CRESCENT SE<br>AIRDRIE AB T4A3K2<br>CANADA |
| 010101P001-1493A-048<br>TRUSTMAPLE INC<br>2037 RAVENSDUN CRESCENT SE<br>AIRDRIE T4A3K2<br>CANADA | 010111P001-1493A-048<br>TRUSTMAPLE INC<br>2037 RAVENSDUN CRESCENT SE<br>AIRDRIE T4A3K2<br>CANADA | 010043P001-1493A-048<br>TSENG YUNG LIANG<br>NO 302 TONG AN RD TIANZHONG<br>CHANGHUA COUNTY 520<br>TAIWAN<br>TAIWAN | 000055P002-1493S-048<br>UMB BANK<br>MARK J. KALLA; GAVIN WILKINSON<br>120 S 6TH STREET<br>STE 1400<br>MINNEAPOLIS MN 55402-1807 |

| | | | |
|---|---|---|---|
| 000057P001-1493S-048<br>UNITED STATES DEPARMENT OF JUSTICE<br>MARTA E VILLACORTA;TREVOR R FEHR<br>OFFICE OF THE UNITED STATES TRUSTEE<br>280 SOUTH FIRST ST.,STE 268<br>SAN JOSE CA 95113 | 000058P002-1493S-048<br>UNITED STATES DEPARMENT OF JUSTICE<br>MARTA E VILLACORTA;TREVOR R FEHR<br>OFFICE OF THE UNITED STATES TRUSTEE<br>450 GOLDEN GATE AVE<br>RM 05-0153<br>SAN FRANCISCO CA 94102 | 000015P001-1493S-048<br>UNITED STATES DEPT OF VETERANS AFFAIRS<br>REGIONAL OFFICE<br>1301 CLAY ST<br>RM 1400N<br>OAKLAND CA 94612-5209 | 000016P001-1493S-048<br>US DEPT OF HEALTH AND HUMAN SVC<br>OFFICE OF GEN COUNSEL<br>200 INDEPENDENCE SW<br>WASHINGTON DC 20201 |
| 000017P001-1493S-048<br>US SECURITIES AND EXCHANGE COMMISSION<br>BANKRUPTCY COUNSEL<br>444 SOUTH FLOWER ST<br>STE 900<br>LOS ANGELES CA 90071-9591 | 010218P001-1493A-048<br>US SMALL BUSINESS ADMINISTRATION<br>1545 HAWKINS BLVD<br>STE 202<br>EL PASO TX 79925 | 010218S001-1493A-048<br>US SMALL BUSINESS ADMINISTRATION<br>409 3RD ST SW<br>WASHINGTON DC 20416 | 010218S002-1493A-048<br>US SMALL BUSINESS ADMINISTRATION<br>OFFICE OF DISASTER ASSISTANCE<br>14925 KINGSPORT RD<br>FORT WORTH TX 76155 |
| 010195P001-1493A-048<br>VISHAL AVDHUT MAHAROLKAR<br>AS MAHAROLKAR<br>FLAT NO 4 ANURADHA APPARTMENTS KHADKESHWAR<br>AURANGABAD<br>MAHARASHTR  431001<br>INDIA | 010241P002-1493A-048<br>WEBBANK<br>LIBERTAS FUNDING LLC<br>411 WEST PUTNAM AVE<br>STE 220<br>GREENWICH CT 06830 | 010241S001-1493A-048<br>WEBBANK<br>CT CORPORATION SYSTEM<br>AS REPRESENTATIVE FOR WEBBANK SPRS<br>330 N BRAND BLVD STE 700<br>330 N BRAND BLVD STE 700<br>GLENDALE CA 91203 | 010241S002-1493A-048<br>WEBBANK<br>25 DEFOREST AVE<br>SUMMIT NJ 07901 |
| 001941P001-1493A-048<br>WEISS TECHNIK UK LIMITED<br>UNITS 37-38 LOUGHBOROUGH TECHNOLOGY CENTRE<br>EPINAL WAY LOUGHBOROUGH<br>LEICS.  LE11 3GE<br>UNITED KINGDOM | 010281P001-1493A-048<br>WEISS TECHNIK UK LIMITED<br>UNIT 37-38 THE TECHNOLOGY CTR<br>LOUGHBOROUGH  LE11 3GE<br>UNITED KINGDOM | 001688P001-1493A-048<br>ZIFT SOLUTIONS INC<br>6501 WESTON PKWY<br>STE 200<br>CARY NC 27513 | 010331P001-1493A-048<br>ZOOM INFO<br>805 BROADWAY STE 900<br>VANCOUVER WA 98660 |

Records Printed :   240