Richard A. Lapping (SBN: 107496)
Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 200-9407
Facsimile: (415) 651-9004
*Rich@TrodellaLapping.com*

Counsel for the
Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

In re:

STORCENTRIC, INC., *et al.*

Debtors[1]

Case No.: 22-50515 (MEH)

Chapter 11

**CERTIFICATE OF NO OBJECTION REGARDING FIRST INTERIM FEE STATEMENT OF OXFORD RESTRUCTURING ADVISORS LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 8, 2022 THROUGH AUGUST 31, 2022**

**Related Docket No. 239**
**[No Order Required]**

Judge: Hon. M. Elaine Hammond

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: StorCentric, Inc. (6210); Nexsan Technologies Incorporated (5244); Nexsan Corporation (9778); Connected Data, Inc. (5504); Drobo, Inc. (2545); Retrospect, Inc. (0638); VS Acquisition Company, LLC. The Debtors' business address is 1289 Anvilwood Avenue, Sunnyvale, CA 94089.



Case: 22-50515 Doc# 288 Filed: 09/29/22 Entered: 09/29/22 17:28:37 Page 1 of 2

The undersigned counsel to the Official Committee of Unsecured Creditors hereby certifies that:

1. As of the date hereof, no answer, objection, or other responsive pleading[2] has been received to the *First Interim Fee Statement of Oxford Restructuring Advisors LLC, Financial Advisors To The Official Committee Of Unsecured Creditors, For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period July 8, 2022 Through August 31, 2022* [Dkt. No. 239] as amended [Dkt. No. 247] (the "Monthly Fee Statement"), filed on September 15, 2022. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon.[3] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 138] (the "Interim Compensation Order"), objections to the Monthly Fee Statement were to be filed and served no later than September 29, 2022 at 5:00 p.m. prevailing Pacific Time.

2. Pursuant to the Interim Compensation Order, the Debtors are authorized to pay Oxford Restructuring Advisors LLC the sum of $90,853.20, which represents 80% of the fees ($113,566.50) and 100% of the expenses (none) requested in the Monthly Fee Statement, for the period from July 8, 2022 through August 31, 2022 (the "Fee Period"), upon the filing of this Certification and without the need for entry of a Court order approving the Monthly Fee Statement.

Dated: September 29, 2022

TRODELLA & LAPPING LLP

By: /s/ Richard A. Lapping
Richard A. Lapping

Counsel for the Official Committee of Unsecured Creditors

[2] Counsel is aware that the Debtors filed a Reservation of Rights with respect to the Monthly Fee Statement [Dkt. No. 284] which stated "The Debtors do not currently object to the relief sought in the Oxford Fee Statement. The Debtors, however, reserve any and all rights to object to the allowance of such amount in response to a final fee application."

[3] See Note 2 above.