

1　John W. Mills, III (CA Bar No. 149861)

2　jmills@joneswalker.com
JONES WALKER LLP

3　3455 Peachtree Road, NE, Suite 1400

4　Atlanta, GA 30326
Telephone: (404) 870-7517

5　Facsimile: (404) 870-7557

6
Mark A. Mintz (admitted *pro hac vice*)

7　mmintz@joneswalker.com

8　Caroline V. McCaffrey (admitted *pro hac vice*)
cmccaffrey@joneswalker.com

9　JONES WALKER LLP

10　201 St. Charles Ave, Ste 5100
New Orleans, LA 70170

11　Telephone: (504) 582-8368
Facsimile: (504) 589-8368

12

13　*Attorneys for Debtors and
Debtors in Possession*

14

The following constitutes the order of the Court.
Signed: October 3, 2022

M. Elaine Hammond
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

15
## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
16
## SAN JOSE DIVISION

17　In re:

18

19　STORCENTRIC, INC., *et al.,*

20　　　　　　Debtors.[1]

21

22

23

24

25

| | |
|---|---|
| Case No. 22-50515 (MEH) | |
| Chapter 11 | |
| (Jointly Administered) | |

**ORDER APPROVING STIPULATION
CONTINUING SALE HEARING AND
RELATED DEADLINES**

**Contined Hearing:**
Date:　10/19/22
Time:　11:00 a.m. PT
Ctrm:　11
Judge: Hon. M. Elaine Hammond

26

27

28

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: StorCentric, Inc. (6210); Nexsan Technologies Incorporated (5244); Nexsan Corporation (9778); Connected Data, Inc. (5504); Drobo, Inc. (2545); Retrospect, Inc. (0638); VS Acquisition Company, LLC. The Debtors' business address is 1289 Anvilwood Avenue, Sunnyvale, CA 94089.

Upon the Stipulation [Dkt. No. 292] (the "<u>Stipulation</u>") entered into by StorCentric, Inc. and its debtor affiliates, as debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") in the above-captioned chapter 11 cases (the "<u>Cases</u>"), Serene Investment Management, LLC (the "<u>DIP Lender</u>"), UMB Bank, National Association (the "<u>Trustee</u>"), Newlight Capital, LLC (the "<u>Servicer</u>"), and Peleus Insurance Company (the "<u>Insurer</u>") (collectively, the "<u>Parties</u>"); and the relief requested in the Stipulation being in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation [Dkt. No. 292] is hereby approved.

2. Subject to the conditions outlined in the Stipulation, the Sale Hearing is continued to October 19, 2022, at 11:00 a.m. (prevailing Pacific Time). The Debtors shall send notice of the revised sale timeline to all parties entitled to notice on or before October 4, 2022.

3. The Stipulation shall be binding on the Debtors, and any successor thereto (including, without limitation, any chapter 7 or chapter 11 trustee for any of the Debtors or any other estate representative appointed in the Cases or any successor cases) in all circumstances and for all purposes. The Stipulation also shall be binding on all creditors and other parties in interest and all of their respective successors and assigns, including, without limitation, any other person or entity acting or seeking to act on behalf of the Debtors' estates in all circumstances and for all purposes.

4. This Court shall retain exclusive jurisdiction to determine all matters arising from or related to the implementation, interpretation, or enforcement of the Stipulation or this Order.

**\*\*\*END OF ORDER\*\*\***

1                               <u>**COURT SERVICE LIST**</u>

2   Registered ECF Participants