

The following constitutes the order of the Court.
Signed: April 28, 2023

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

John W. Mills, III (CA Bar No. 149861)
jmills@joneswalker.com
JONES WALKER LLP
3455 Peachtree Road, NE, Suite 1400
Atlanta, GA  30326
Telephone: (404) 870-7517
Facsimile: (404) 870-7557

Mark A. Mintz (admitted *pro hac vice*)
mmintz@joneswalker.com
Caroline V. McCaffrey (admitted *pro hac vice*)
cmccaffrey@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
Telephone: (504) 582-8368
Facsimile: (504) 589-8368

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re:

STORCENTRIC, INC., *et al.,*

Debtors.[1]

Case No. 22-50515 (MEH)

Chapter 11

(Jointly Administered)

**ORDER GRANTING DEBTORS' MOTION TO CONVERT CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(a)**

[No Hearing Requested]

Upon consideration of the *Motion to Convert Chapter 11 Cases to Cases Under Chapter 7 Pursuant to 11 U.S.C. § 1112(a)* [Dkt. No. 463] (the "Motion to Convert")[2] filed by the above-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: StorCentric, Inc. (6210); Nexsan Technologies Incorporated (5244); Nexsan Corporation (9778); Connected Data, Inc. (5504); Drobo, Inc. (2545); Retrospect, Inc. (0638); VS Acquisition Company, LLC.  The Debtors' business address is 1289 Anvilwood Avenue, Sunnyvale, CA 94089.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion to Covert.

captioned debtors and debtors in possession (the "<u>Debtors</u>") in the above-captioned chapter 11 cases (the "<u>Cases</u>"),

       **IT IS HEREBY ORDERED THAT:**

       1.     The Motion to Convert is **GRANTED**;

       2.     The Cases are hereby converted to cases under Chapter 7 of Title 11 of the United States Code; and

       3.     The United States Trustee shall appoint a Chapter 7 trustee in each of the cases, and is authorized, but not ordered, to appoint a single trustee in all of the converted cases in the interests of economy and efficiency.

                              ***END OF ORDER***

**COURT SERVICE LIST**

All Registered ECF Recipients.